Nos. 24-5374, 24-5375

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JOHN BRUNST AND SCOTT SPEAR,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

_____

**APPELLANTS JOHN BRUNST AND SCOTT SPEAR'S MOTION TO FILE
A JOINT AND OVERSIZED MOTION FOR BAIL PENDING APPEAL**

_____

Gary S. Lincenberg
Gopi K. Panchapakesan
Michael C. Landman
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
glincenberg@birdmarella.com
gpanchapakesan@birdmarella.com
mlandman@birdmarella.com

*Attorneys for Defendant-Appellant
John ("Jed") Brunst*

Alyssa D. Bell
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
abell@cohen-williams.com

*Attorneys for Defendant-Appellant
Scott Spear*

1

Defendant-Appellants Scott Spear and John Brunst, by and through their undersigned counsel, hereby respectfully move this Court pursuant to Fed. R. App. P. 28(i) and Fed. R. App. P. 27(d)(2) for leave to file a joint and oversized Motion for Bail Pending Appeal. This request is necessary for the following reasons:

1. Messrs. Spear and Brunst (hereinafter, "Appellants") were tried together. Their appeals will raise overlapping or identical issues, and they rest on the same underlying record.

2. Appellants' bail motion raises eight common issues. It is therefore in the interest of judicial economy to allow the Appellants to file a consolidated motion that addresses those common issues.

3. Counsel for Appellants have diligently worked together to reduce the size of their joint motion. The resulting motion is 47 pages and 10,312 words, which is fewer than the combined total permitted if each Appellant were to file his bail motion individually.

4. Appellants join and concur in the contents of this filing.

5. The government does not oppose relief.

For the foregoing reasons, Appellants request leave to file a joint and oversized Motion for Bail Pending Appeal, and requests that the Court accept and file the simultaneously-filed motion.

Respectfully submitted,

Dated: October 1, 2024      **COHEN WILLIAMS LLP**

By:    */s/ Alyssa D. Bell*
Alyssa D. Bell

*Attorneys for Scott Spear*

Dated: October 1, 2024      **BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**

By:    */s/ Gary S. Lincenberg*
Gary S. Lincenberg
Gopi K. Panchapakesan
Michael C. Landman

*Attorneys for John ("Jed") Brunst*