No. 24-5374, 24-5375

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JOHN BRUNST AND SCOTT SPEAR,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

_____

**DECLARATION OF COUNSEL AND EXHIBITS IN SUPPORT OF
APPELLANTS' JOINT MOTION FOR BAIL PENDING APPEAL UNDER
FEDERAL RULE OF APPELLATE PROCEDURE 9
AND CIRCUIT RULE 9-1.2**

_____

Gary S. Lincenberg
Gopi K. Panchapakesan
Michael C. Landman
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100
glincenberg@birdmarella.com
gpanchapakesan@birdmarella.com
mlandman@birdmarella.com

*Attorneys for Defendant-Appellant
John ("Jed") Brunst*

Alyssa D. Bell
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
abell@cohen-williams.com

*Attorneys for Defendant-Appellant
Scott Spear*

## <u>DECLARATION OF ALYSSA D. BELL</u>

I, Alyssa D. Bell, hereby declare and state as follows:

1.     I am an attorney at law, licensed to practice in the State of California and admitted to practice before this Court.  I am counsel of record for Defendant-Appellant Scott Spear in the above-captioned appeal.  Unless otherwise stated, I have personal knowledge of the matters in this declaration.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Superseding Indictment, filed on July 25, 2018 (ECF No. 230).

3.     Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Motion to Dismiss Indictment, filed on May 3, 2019 (ECF No. 561).

4.     Attached hereto as **Exhibit C** is a true and correct copy of Brief of *Amici Curiae* The DKT Liberty Project, Cato Institute, and Reason Foundation in Support of Motion to Dismiss the Indictment, filed on May 30, 2019 (ECF No. 624).

5.     Attached hereto as **Exhibit D** is a true and correct copy of ACLU of Arizona *Amicus Curiae* Brief regarding First Amendment Considerations, filed on May 30, 2019 (ECF No. 625).

6.     Attached hereto as **Exhibit E** is a true and correct copy of the Order Denying Defendants' Motion to Dismiss Indictment, issued on October 24, 2019 (ECF No. 793).

1

7.     Attached hereto as **Exhibit F** is a true and correct copy of the District Court's Minutes Granting Order for Mistrial, issued on September 14, 2021 (ECF No. 1308).

8.     Attached hereto as **Exhibit G** is a true and correct copy of Defendants' Proposed Jury Instructions, filed on October 23, 2023 (ECF No. 1896).

9.     Attached hereto as **Exhibit H** is a true and correct copy of the Verdict, filed on November 16, 2023 (ECF No. 1978).

10.     Attached hereto as **Exhibit I** is a true and correct copy of the Final Jury Instructions, filed on November 16, 2023 (ECF No. 1998).

11.     Attached hereto as **Exhibit J** is a true and correct copy of Defendant Spear's Reply Re: Rule 29 Motion Concerning All Counts of Conviction, filed on January 16, 2024 (ECF No. 2030).

12.     Attached hereto as **Exhibit K** is a true and correct copy of the Order re Defendants' Rule 29 Motion, issued on April 23, 2024 (ECF No. 2063).

13.     Attached hereto as **Exhibit L** is a true and correct copy of Defendant Scott Spear's Motion for Release Pending Appeal and/or for Self-Surrender, filed on August 23, 2024 (ECF No. 2155).

14.     Attached hereto as **Exhibit M** is a true correct copy of the Certified Reporter's Transcript of the trial on October 27, 2023.

15.     Attached hereto as **Exhibit N** is a true correct copy of the Certified Reporter's Transcript of the Status Conference on January 29, 2024.

16.     Attached hereto as **Exhibit O** is a true correct copy of the Certified Reporter's Transcript of the Sentencing Hearing on August 28, 2024.

17.     Attached hereto as **Exhibit P** is a true and correct copy of Mr. Spear's Presentence Investigation Report, filed on August 26, 2024 (ECF No. 2164), which is currently being submitted under seal pursuant to Ninth Circuit Rule 27-13(d).

18.     Attached hereto as **Exhibit Q** is a true and correct copy of the Order re Motions *in Limine*, issued on July 24, 2023 (ECF No. 1643).

19.     Attached hereto as **Exhibit R** is a true correct copy of the Certified Reporter's Transcript of the trial on November 1, 2023.

20.     Attached hereto as **Exhibit S** is a true correct copy of the Certified Reporter's Transcript of the Status Conference on May 13, 2024.

21.     Attached hereto as **Exhibit T** is a true correct copy of the Certified Reporter's Transcript of the trial on August 31, 2023.

22.     Attached hereto as **Exhibit U** is a true and correct copy of the Order re Motion to Resolve Attorney-Client Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues, issued on October 18, 2018 (ECF No. 345).

23.     Attached hereto as **Exhibit V** is a true and correct copy of the Order re recusal of Honorable Susan M. Brnovich, issued on October 29, 2021 (ECF No. 1367).

24.     Attached hereto as **Exhibit W** is a true and correct copy of the Jury Questions/Court's Answers During Jury Deliberations, filed on November 16, 2023 (ECF No. 1999).

25.     Attached hereto as **Exhibit X** is a true and correct copy of the Brunst Motion to Seek Admission of Testimony Re: State of Mind, filed on October 20, 2023 (ECF No. 1879).

26.     Attached hereto as **Exhibit Y** is a true correct copy of the Certified Reporter's Transcript of the trial for the AM session on September 28, 2023.

27.     Attached hereto as **Exhibit Z** is a true and correct copy of Defendant John Brunst's Motion for Bail Pending Appeal, filed on August 23, 2024 (ECF No. 2153).

28.     Attached hereto as **Exhibit AA** is a true and correct copy of the Presentence Investigation Report for John Brunst, filed on August 20, 2024 (ECF No. 2144), which is currently being submitted under seal pursuant to Ninth Circuit Rule 27-13(d).

29.     Attached hereto as **Exhibit AB** is a true and correct copy of the Order re Motion to Dismiss Indictment re Elements of Travel Act, issued on May 4, 2020 (ECF No. 946).

30.     Attached hereto as **Exhibit AC** is a true correct copy of the Certified Reporter's Transcript of the trial on November 14, 2023.

31.     Attached hereto as **Exhibit AD** is a true correct copy of the Certified Reporter's Transcript of the trial for the PM session on September 13, 2023.

32.     Attached hereto as **Exhibit AE** is a true correct copy of the Certified Reporter's Transcript of the trial for the PM session on September 26, 2023.

33.     Attached hereto as **Exhibit AF** is a true correct copy of the Certified Reporter's Transcript of the trial for the AM session on October 24, 2023.

34.     Attached hereto as **Exhibit AG** is a true correct copy of the Certified Reporter's Transcript of the trial for the PM session on September 27, 2023.

35.     Attached hereto as **Exhibit AH** is a true correct copy of the Certified Reporter's Transcript of the In-Court Hearing on September 25, 2023.

36.     Attached hereto as **Exhibit AI** is a true correct copy of the Certified Reporter's Transcript of the trial on September 15, 2023.

37.     Attached hereto as **Exhibit AJ** is a true correct copy of Trial Exhibit 5507.

5

38. Attached hereto as **Exhibit AK** is a true correct copy of Trial Exhibit 5508.

39. Attached hereto as **Exhibit AL** is a true correct copy of the Certified Reporter's Transcript of the trial for the PM session on September 12, 2023.

40. Attached hereto as **Exhibit AM** is a true correct copy of Trial Exhibit GL-CF-36.

41. Attached hereto as **Exhibit AN** is a true correct copy of Trial Exhibit GL-CF-37.

42. Attached hereto as **Exhibit AO** is a true and correct copy of the SEALED Order re Motion to Dismiss Based on Outrageous Government Conduct, issued on June 4, 2021 (ECF No. 1168).

43. Attached hereto as **Exhibit AP** is a true correct copy of the Certified Reporter's Transcript of the trial for the AM session on September 8, 2021.

44. Attached hereto as **Exhibit AQ** is a true and correct copy of Trial Exhibit 5902-22.

45. Attached hereto as **Exhibit AR** is a true and correct copy of Trial Exhibit 5902-25.

46. Attached hereto as **Exhibit AS** is a true and correct copy of the Second Amended Judgment of Acquittal, filed August 30, 2024.  (ECF No. 2184.)

47.     Attached hereto as **Exhibit AT** is a true correct copy of the Certified Reporter's Transcript of the trial for the AM session on September 14, 2023.

48.     Attached hereto as **Exhibit AU** is a true correct copy of the Certified Reporter's Transcript of the trial for the AM session on September 19, 2023.

49.     Attached hereto as **Exhibit AV** is a true and correct copy of Trial Exhibit 52.

50.     Attached hereto as **Exhibit AW** is a true and correct copy of Trial Exhibit 119.

51.     Attached hereto as **Exhibit AX** is a true and correct copy of Trial Exhibit 902.

52.     Attached hereto as **Exhibit AY** is a true and correct copy of the combined Memoranda of Interviews for Carl Ferrer.

53.     Attached hereto as **Exhibit AZ** is a true and correct copy of Trial Exhibit 1629.

54.     Attached hereto as **Exhibit BA** SEALED Certified Reporter's Transcript of the Hearing re Motion to Dismiss, held on May 3, 2021.

55.     Attached hereto as **Exhibit BB** is a true and correct copy of Defendants Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege, filed May 1, 2020 (ECF No. 942).

56.     Attached hereto as **Exhibit BC** is a true and correct copy of the Order regarding the recusal of Honorable Steven P. Logan, issued on March 1, 2019 (ECF No. 485).

57.     On September 30, 2024, I conferred with counsel for the United States, Assistant United States Attorney Kevin Rapp.  Mr. Rapp informed me that the government does not oppose Mr. Spear and Mr. Brunst filing a joint and oversized motion for bail pending appeal.  The government, however, opposes bail pending appeal for both Appellants.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 2nd day of October, 2024, at Los Angeles, California.

*/s/ Alyssa D. Bell*
Alyssa D. Bell