No. 24-5374

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————

UNITED STATES OF AMERICA

*Plaintiff-Appellee*,

v.

JOHN ("JED") BRUNST,

*Defendant-Appellant.*

———————

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding
CR No. 2:18-cr-00422-DJH

———————

**DEFENDANT-APPELLANT JOHN ("JED") BRUNST'S UNOPPOSED
MOTION TO CONSOLIDATE APPEALS AND ESTABLISH A COMMON
BRIEFING SCHEDULE IN APPEAL NOS. 24-5374, 24-5375, AND 24-5376**

———————

GARY S. LINCENBERG – SBN 49038
GOPI K. PANCHAPAKESAN - SBN 279586
MICHAEL C. LANDMAN – SBN 343327
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 CENTURY PARK EAST, 23RD FLOOR
LOS ANGELES, CALIFORNIA 90067-2561
TELEPHONE: (310) 201-2100
FACSIMILE: (310) 201-2110

*Attorneys for Defendant-Appellant
John ("Jed") Brunst*

3993936.1

Pursuant to Rule 3(b)(2) of the Federal Rules of Appellate Procedure (FRAP) and Ninth Circuit Local Rule 27-1, *et seq.*, Defendant-Appellant John ("Jed") Brunst respectfully submits this Unopposed Motion to Consolidate the Appeals by the Defendant-Appellants in *United States v. John Brunst* (Appeal No. 24-5374), *United States v. Scott Spear* (Appeal No. 24-5375), and *United States v. Michael Lacey* (Appeal No. 24-5376) (the "Appeals"), and establish a common briefing schedule for the consolidated Appeal.

All Defendant-Appellants join in this motion. The Government does not oppose relief. This motion is based upon the attached Declaration of Michael C. Landman, all files and records in this case, and any further information that the Court may request.

DATED: October 2, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Gary S. Lincenberg
　　　　　　　　　　　　　　　Gopi K. Panchapakesan
　　　　　　　　　　　　　　　Michael C. Landman
　　　　　　　　　　　　　　　Bird, Marella, Rhow,
　　　　　　　　　　　　　　　Lincenberg, Drooks & Nessim, LLP

　　　　　　　　　　　　　　　By:　　*/s/ Gary S. Lincenberg*
　　　　　　　　　　　　　　　　　　　　Gary S. Lincenberg
　　　　　　　　　　　　　　　Attorneys for Defendant-Appellant John Brunst

## DECLARATION OF MICHAEL C. LANDMAN

I, Michael C. Landman, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendant-Appellant John ("Jed") Brunst in this action. I make this declaration in support of Defendant-Appellant John ("Jed") Brunst's Unopposed Motion to Consolidate Appeals and Establish a Common Briefing Schedule in Appeal Nos. 24-5374, 24-5375, and 24-5376. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On July 25, 2018, the United States filed a Superseding Indictment charging Mr. Brunst with one count of Conspiracy to violate the Travel Act, in violation of 18 U.S.C. § 371; 50 counts of violating the Travel Act, in violation of 18 U.S.C. § 1952(a)(3)(A); one count of Conspiracy to commit Money Laundering, in violation of 18 U.S.C. § 1956(h); 10 counts of Concealment Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); six counts of International Promotional Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A); and, 17 counts of Transactional Money Laundering, in violation of 18 U.S.C. § 1957(a). Mr. Lacey was charged with one count of Conspiracy to violate the Travel Act, in violation of 18 U.S.C. § 371; 50 counts of violating the Travel Act, in violation of 18 U.S.C. § 1952(a)(3)(A); one count of Conspiracy to commit Money Laundering, in violation

of 18 U.S.C. § 1956(h); 10 counts of Concealment Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); six counts of International Promotional Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A); 17 counts of Transactional Money Laundering, in violation of 18 U.S.C. § 1957(a); and, one count of International Concealment Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(B)(i). Mr. Spear was charged with one count of Conspiracy to violate the Travel Act, in violation of 18 U.S.C. § 371; 50 counts of violating the Travel Act, in violation of 18 U.S.C. § 1952(a)(3)(A); one count of Conspiracy to commit Money Laundering, in violation of 18 U.S.C. § 1956(h); 10 counts of Concealment Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); six counts of International Promotional Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A); and 10 counts of Transactional Money Laundering, in violation of 18 U.S.C. § 1957(a).

3. All three defendants were tried together. The jury returned its verdict on November 16, 2023, after a three-month trial. Mr. Brunst was convicted of one count of Conspiracy to violate the Travel Act, one count of Conspiracy to commit Money Laundering, 10 counts alleging Concealment Money Laundering, and five counts alleging Transactional Money Laundering. Mr. Brunst was acquitted on 68 counts, which alleged International Promotional Money Laundering and violations of the Travel Act. Mr. Lacey was convicted of one count of International Concealment Money Laundering; acquitted on one count of Transactional Money Laundering; and the jury reached no verdict as to the remaining 84 counts. Subsequently, in ruling on

a Motion to Acquit, the district court acquitted Mr. Lacey on 50 counts, consisting of Transactional Money Laundering and Travel Act violations. Mr. Spear was convicted of one count of Conspiracy to violate the Travel Act, 17 counts alleging violations of the Travel Act, one count of Conspiracy to commit Money Laundering, 10 counts alleging Concealment Money Laundering, and 10 counts alleging Transactional Money Laundering. Mr. Spear was acquitted on 39 counts, which alleged International Promotional Money Laundering and violations of the Travel Act.

4. On August 28, 2024, the district court held a sentencing hearing and imposed a sentence upon all three defendants. Mr. Brunst was sentenced to 120 months of imprisonment followed by three years of supervised release, a special assessment of $1,900, and a fine of $50,000. Mr. Lacey was sentenced to 60 months of imprisonment followed by three years of supervised release, a special assessment of $100.00, and a fine of $3,000,000. The District Court sentenced Mr. Spear to 120 months of imprisonment followed by three years of supervised release, and a special assessment of $2,900.

5. All Appellants' opening briefs are due on November 26, 2024. All three appeals arise out of a single prosecution and jury trial. The appeals are likely to raise overlapping or identical issues, and they rest on the same underlying record.

6. Consolidation of these appeals before a single panel of this Court will conserve judicial resources and simplify the resolution of this case.

7. Defendant-Appellants Lacey and Spear join in the instant motion.

8.  The Government does not oppose relief.

9.  This relief has not been sought before.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on October 2, 2024, at Los Angeles, California.

*/s/ Michael C. Landman*
Michael C. Landman

3993936.1

6