**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN BRUNST, AKA Jed, <br><br> Defendant - Appellant. | No. 24-5374 <br><br> D.C. No. 2:18-cr-00422-DJH-4 <br> District of Arizona, Phoenix <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JOHN BRUNST, AKA Jed, <br><br> Defendant - Appellee. | No. 24-5750 <br> D.C. No. 2:18-cr-00422-DJH-4 <br> District of Arizona, Phoenix |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SCOTT SPEAR, <br><br> Defendant - Appellant. | No. 24-5375 <br> D.C. No. 2:18-cr-00422-DJH-3 <br> District of Arizona, Phoenix <br><br> ORDER |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff - Appellant, <br><br> v. <br><br> SCOTT SPEAR, <br><br>       Defendant - Appellee. | No. 24-5748 <br> D.C. No. <br> 2:18-cr-00422-DJH-3 <br> District of Arizona, <br> Phoenix |
| UNITED STATES OF AMERICA, <br><br>       Plaintiff - Appellee, <br><br> v. <br><br> MICHAEL LACEY, <br><br>       Defendant - Appellant. | No. 24-5376 <br> D.C. No. <br> 2:18-cr-00422-DJH-1 <br> District of Arizona, <br> Phoenix <br><br> ORDER |

The unopposed motions (Docket Entry No. 30 in 24-5374; Docket Entry No. 23 in 24-5375; Docket Entry No. 14 in 24-5376) to consolidate appeal nos. 24-5374, 24-5375, and 24-5376 are granted.

The unopposed motion by Brunst and Spear to file a joint oversized motion for bail pending appeal (Docket Entry No. 26 in 24-5374; Docket Entry No. 24 in 24-5375) is granted.

The unopposed motion (Docket Entry No. 31 in 24-5374; Docket Entry No. 28 in 24-5375; Docket Entry No. 17 in 24-5376) to extend time to file a response

to the bail motions is also granted. The responses are due October 22, 2024. The optional replies are due October 29, 2024.

The briefing schedule set in 24-5374 will govern these consolidated and cross-appeals: appellants' first consolidated brief on cross appeal is due November 26, 2024; appellee's second brief on cross-appeal is due December 26, 2024; appellants' consolidated third brief on cross appeal is due January 27, 2025; and appellee's optional reply brief is due within 21 days after service of the third brief on cross appeal. The parties must use all case numbers on all future filings.

The motions for bail pending appeal (Docket Entry No. 27 in 24-5374; Docket Entry No. 25 in 24-5375; Docket Entry No. 15 in 24-5376), and the notice of intent to unseal (Docket Entry No. 28 in 24-5374; Docket Entry No. 27 in 24-5375), will be addressed in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT